IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JOY E. SHAW | * | CIVIL ACTION NO. 05-0523 |
| VERSUS | * | JUDGE JAMES |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | * | MAGISTRATE JUDGE HAYES |

## AMENDED REPORT AND RECOMMENDATION

On November 10, 2005, the undersigned issued a report and recommendation (Document No. 13) reversing the Commissioner's denial of benefits and granting the Commissioner's Motion to Remand (Document No. 10). The original report and recommendation contained a typographical error located on page 6 which conflicts with the remainder of the ruling. In order to be sure the record is clear, Page 6 is hereby corrected to delete the sentence stating, "For the reasons stated above, it is recommended that the Commissioner's decision to deny benefits be AFFIRMED, and that this civil action be DISMISSED with Prejudice," and amended to read, "For the reasons stated above, it is recommended that the Commissioner's decision to deny benefits be REVERSED and this matter REMANDED for further proceedings."

Because counsel for both parties are aware that the error was typographical in nature, and that the ruling in fact recommends reversal and remand, no extension of time for objections under the provisions of 28 U.S.C. §636(b)(1)(C) and FRCP Rule 72(b) is necessary.

THUS DONE AND SIGNED at Monroe, Louisiana, this 18th day of November, 2005.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE