RECEIVED
IN MONROE, LA

NOV 21 2005
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JOY E. SHAW | CIVIL ACTION NO. 05-523 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, as amended, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's Motion to Remand (Doc. No. 10) is hereby **GRANTED**, the judgment of the Commissioner is reversed, and this case is remanded for a full consideration of the evidence and alleged errors.

THUS DONE AND SIGNED this 18th day of November, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE